**2005–0296.  State v. Morales.**

Lake App. No. 2003–L–025, 2004-Ohio-7239. Discretionary appeal accepted on Proposition of Law No.

III; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.